IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR396 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSE L. SANCHEZ, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion for Non-Custodial Transportation and for Continuance of Arraignment [24]. Defendant is indigent and is in need of non-custodial transportation from Marysville, Washington to Omaha, Nebraska and to return to Washington after the hearing in Omaha, Nebraska, set for February 18, 2014 at 1:30 p.m. The defendant requests a continuance of the Initial Appearance and Arraignment proceedings in this matter in order for the U.S. Marshals to arrange for transportation accommodations. The Court finds said motion should be granted. Accordingly,

**IT IS HEREBY ORDERED**:

1. The Defendant's Motion for Non-Custodial Transportation and for Continuance of Arraignment [24] is granted.

2. The Initial Appearance and Arraignment Proceedings are continued to March 3, 2014 at 1:30 p.m. before Magistrate Judge Gossett.

3. The U.S. Marshal's Office shall arrange air travel transportation for Defendant from Marysville, Washington to arrive in Omaha, Nebraska, no later than 8:00 a.m. on March 3, 2014, and for Defendant's return to Marysville, Washington upon conclusion of the hearing on March 3, 2014.

4.  The defendant shall pay the cost of the air transportation for his return from Omaha to Marysville, Washington.

Dated this 14th day of February, 2014.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge