IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:13CR396 |
| vs. | |
| JOSE L. SANCHEZ, JR., | **ORDER** |
| Defendants. | |

This matter is before the Court on the Defendant's oral motion for Non-Custodial Transportation via air from Omaha, Nebraska to Marysville, Washington following the Arraignment proceedings held on March 3, 2014. The Court finds that said motion should be granted. Accordingly,

**IT IS HEREBY ORDERED:**

1. The Defendant's oral motion for Non-Custodial Transportation via air following the Arraignment proceedings held on March 3, 2014 is granted.

2. The U.S. Marshal's Office shall arrange air travel transportation for the defendant from Omaha, Nebraska to Marysville, Washington as soon as possible following the arraignment proceedings held on March 3, 2014.

Dated this 3rd day of March, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge