IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiffs,<br><br>vs.<br><br>JOSE L. SANCHEZ, JR.,<br><br>                 Defendant. | **8:13CR396**<br><br>**ORDER** |

This matter is before the Court on the Defendant's Unopposed Motion to Continue Change of Plea Hearing and for Air Transportation [111]. The Court finds that said motion should be granted. Accordingly,

**IT IS HEREBY ORDERED:**

    1.    Defendant's Unopposed Motion to Continue Change of Plea Hearing and for Air Transportation [111] is granted.

    2.    The Change of Plea Hearing in this matter is continued to March 16, 2015 at 3:00 p.m. before Chief Judge Smith Camp.

    3.    The U.S. Marshal's Office shall arrange air travel transportation for the defendant from Marysville, Washington to Omaha, Nebraska as soon as possible prior to the Change of Plea Hearing scheduled for March 16, 2015.

    4.    The Office of the U.S. Marshal is also directed to purchase a plane ticket for the defendant's immediate return to the state of Washington following the conclusion of the Change of Plea Hearing set for March 16, 2015.

Dated this 7th day of January, 2015

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge